KENYON INTERNATIONAL
EMERGENCY SERVICES,
INC., Plaintiff–Appellant

v.

Mark MALCOLM; Grady Bray; Ronald Crane, Jr.; Disaster Management International Corporation; Bray Associates; Crisis Human Services, Inc.; Marjorie Bray; Leah Hawley; Kathy Rock; James Fairbrother; Sharon Fairbrother, Defendants–Appellees.

No. 10–20001.

United States Court of Appeals,
Fifth Circuit.

Nov. 3, 2010.

Dax O. Faubus, Esq., Faubus & Scarborough, L.L.P., Houston, TX, for Plaintiff–Appellant.

F. Barham Lewis, Jr., Ogletree Deakins, Lawrence J. Behrmann, Behrmann Law Firm, P.C., Houston, TX, Matt Dudley McCormick, Huntsville, TX, for Defendants–Appellees.

Before DeMOSS, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The court has carefully considered this appeal in light of the briefs, oral arguments and pertinent portions of the record. Having done so, we find no reversible error of law or fact and affirm the judgment of the trial court. *See* Fifth Circuit Local Rule 47.6. AFFIRMED.